**In re G. Paul HOWES, Respondent.**

**No. 10–BG–938.**

District of Columbia Court of Appeals.

Filed June 7, 2012.

BEFORE: BLACKBURNE–RIGSBY, Associate Judge; PRYOR and REID, Senior Judges.

---

## ORDER

PER CURIAM.

On consideration of respondent's motion to reset the effective date of disbarment, and Bar Counsel's response thereto, it is

ORDERED that respondent's motion is granted and the effective date of respondent's disbarment is *nunc pro tunc* to September 30, 2010. It is

FURTHER ORDERED that an amended opinion shall issue on the date of this order.